# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY ARAKELIAN, on behalf of themselves [sic] and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MERCEDES-BENZ USA, LLC,<br><br>Defendant | ) Case No.<br>)<br>) 17-cv-06240-TJH-RAOx<br>)<br>) **ORDER TO DISMISS WITH PREJUDICE AS TO PLAINTIFF AND WITHOUT PREJUDICE AS TO CLASS CLAIMS. [JS-6]**<br>) |

　　IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed in its entirety with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorneys' fees.

　　　　　　　　　　　Dated this November 30, 2020

　　　　　　　　　　　_____
　　　　　　　　　　　HON. TERRY J. HATTER, JR.,
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE